UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JOE ALFRED TAYLOR-EL, III,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>JEFF MACOMBER, Secretary of CDCR; LEANNA LUNDY, Warden,<br><br>　　　　　　Respondents. | Case No. CV 23-05183-JFW(AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRTE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. After having made a <u>de novo</u> determination of the portions of the Report and Recommendation ("R&R") to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

In sum, Petitioner's Objections do not cause the Court to reconsider its decision to accept the Magistrate Judge's conclusions and recommendations.

**IT IS ORDERED** that Judgment be entered denying the Petition and dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

DATED: November 5, 2025

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE