JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| JOE ALFRED TAYLOR-EL, III, | Case No. CV 23-05183-JFW(AS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JEFF MACOMBER, Secretary of CDCR; LEANNA LUNDY, Warden, | |
| Respondents. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

DATED: November 5, 2025

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE